UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY BOYD,

    Plaintiff,

v.                                                     Case No:   6:16-cv-989-Orl-22TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER

This case comes before the Court on Plaintiff's Motion to Extend Time to Comply with the Court's Order (Doc. 64). The motion, like the parties' Amended Pretrial Statement, fails to comply with the rules and orders of this Court. Specifically, the motion does not satisfy the requirements of FED. R. CIV. P. 6(b)(1)(B), Rule 16(b)(4), Local Rule 3.01(a), or Local Rule 3.01(g). If counsel are unable or unwilling to satisfy the most basic requirements to practice in federal court, then they don't belong here.

Despite counsel's failure to follow the rules, the Court intends to keep this case on track. Solely for that reason, the motion is **GRANTED** such that the deadline for counsel to file an Amended Joint Pretrial Statement and submit the required single set of jury instructions and verdict form to Chambers is extended to the close of business on April 5, 2018.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record